**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| BEN HAIM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 08-cv-520 (RCL) |
| | ) | |
| THE ISLAMIC REPUBLIC OF IRAN, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER CONCERNING DEFAULT**

According to the Letter to the Clerk of the Court from the U.S. Department of State,

dated December 13, 2010, Defendants were properly served by diplomatic channels pursuant to

28 U.S.C. § 1608(a)(4), effective September 5, 2010.  Return of Service/Affidavit, Dec. 16, 2010

[14].  Under statute, Defendants had 60 days, until November 4, 2010, to respond.  28 U.S.C. §

1608(d).  As of this date, more than a month later, Defendants have not appeared nor served an

Answer or other responsive pleading.  Plaintiffs are therefore entitled to entry of default.  Fed. R.

Civ. P. 55(a).  Plaintiffs must present the clerk with an affidavit in support of default, which is

available and may be electronically filled at http://www.dcd.uscourts.gov/dcd/sites/dcd/files/

AfdtofDefault2010FILL.pdf.  After the clerk has entered defendants' default, Plaintiffs are

entitled to, but must apply to the Court to obtain, a default judgment.  Fed. R. Civ. P. 55(b)(2).

Accordingly, it is hereby

ORDERED that, within seven (7) days, Plaintiffs submit to the clerk an affidavit in

support of default; it is furthermore

ORDERED that, within ten (10) days after the clerk of the Court enters default, Plaintiffs shall apply for default judgment, and in that application Plaintiffs shall request that the Court take judicial notice of final judgments made in any other cases arising out of the same facts as this case.

SO ORDERED

Signed by Royce C. Lamberth, Chief Judge, on December 21, 2010.