UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SETH CHARLES BEN HAIM, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08-cv-520 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this day, it is hereby

ORDERED that plaintiffs' Motion for Default Judgment, Jan. 5, 2011 [18] is GRANTED; it is furthermore

ORDERED that final judgment is entered in favor of plaintiffs and against all defendants; it is furthermore

ORDERED that plaintiffs are awarded $300 million in punitive damages, to be distributed as follows:

1. plaintiff Seth Klein Ben Haim is entitled to $206,250,000;

2. plaintiff Bernard Klein Ben Haim is entitled to $65,625,000; and

3. plaintiff Lavi Klein Ben Haim is entitled to $28,125,000; it is furthermore

ORDERED that defendants shall be liable, jointly and severally, for the entire $300,000,000 amount; it is furthermore

2

ORDERED that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Opinion and Judgment, and the Memorandum Opinion issued this date, to defendants.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on May 19, 2011.